UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GABRIEL JONES, | ) |
| | ) No. CV-05-196-CI |
| Plaintiff, | ) |
| | ) ORDER ADOPTING REPORT |
| v. | ) AND RECOMMENDATION |
| | ) |
| RICK RUNGE, SCOTT W. JOHNSON, | ) |
| | ) |
| Defendants. | ) |

Magistrate Judge Imbrogno filed a Report and Recommendation on April 20, 2006, recommending Plaintiff's Complaint be dismissed with prejudice. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE;** each party shall bear its own costs.

**IT IS SO ORDERED**. The District Court Executive shall forward copies of this Order to Plaintiff, at his last known address, and counsel for Defendants. Judgment shall be entered for Defendants, and the file shall be closed.

**DATED** this__12th__day of May 2006.

s/ Fred Van Sickle
FRED VAN SICKLE
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1